126 P.3d 1109

# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Casumpang v. ILWU Local 142 . . . . | 24508 | 12/09/2005 | Denied | 108 Hawai'i 411, 121 P.3d 391 |